## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DEISY MARTINEZ                                                                                           PLAINTIFF

v.                                           NO. 4:11CV00750 JLH

COZYMEL #4, LLC, d/b/a
COZYMEL'S COASTAL GRILL; and
COZYMEL MANAGEMENT COMPANY, LLC                                              DEFENDANTS

### ORDER

The plaintiff's unopposed motion to dismiss with prejudice is GRANTED. Document #11.

Pursuant to the parties' settlement agreement, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 3rd day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE